UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAMP ZION, INC.,

    Plaintiff,

v.                                  Case No. 23-C-582

DOOR COUNTY, et al.,

    Defendants.

## ORDER

The court has ordered a hearing on the individual land-owner defendants' motion to dismiss. In anticipation of the hearing, the parties are directed to consider the following cases: *Kokkonen v Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), and *Ice Bowl, L.L.C. v Weigel Broad. Co.*, 83 F. Supp. 2d 1005 (E.D. Wis. 2000).

In addition, the parties should be prepared to advise the court as to the status of the plaintiff's amended conditional use permit application. Plaintiff should also be prepared to advise the court whether the amended conditional use permit provides the relief Plaintiff's seek in this case.

Dated at Green Bay, Wisconsin this 7th day of March, 2024.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge