# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

LINDA M. KLEMM  
CLERK OF COURT

TEL: 920-884-3720  
FAX: 920-884-3724  
www.wied.uscourts.gov

February 4, 2026

Michael D Dean

Andrew A Jones  
Amy M Sullivan  
Zachary J Buchta

Re: **Camp Zion Inc v. Door County et al**  
**Case No. 23-cv-582**

Dear Litigants:

On January 28, 2026, I received the claimant's proposed bill of costs in the above-captioned case, as provided for under Civil Local Rule 54 of the Eastern District of Wisconsin.

If the non-claiming party does not object to the bill of costs, it must promptly notify both the claimant and the court of that fact, in writing.

If the non-claiming party wishes to object to the bill of costs, it must serve its written objection, accompanied by a short memorandum, no later than **February 11, 2026**. If the claimant wishes to file a response to the non-claiming party's objection, it must serve its written response no later than **February 18, 2026**. Finally, if the non-claiming party wishes to file a reply in support of its objection, it must serve that written reply no later than **February 25, 2026**.

The Clerk of Court will tax costs based on the written memoranda.

Very truly yours,

LINDA M. KLEMM  
CLERK OF COURT

s/ J.Mariucci  
Deputy Clerk